FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2013 OCT -7 PM 1:23

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

PATRICIA WAITE,

    Plainitiff,

v.                                      CASE NO.: 5:13-CV-491-OC-22PRL

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

## COMPLAINT

1. Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

2. This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney fees and cost.

3. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §§1331, 1332.

4. The alleged violations described in the Complaint occurred in Marion County, Florida.

### FACTUAL ALLEGATIONS

5. Plaintiff is a natural person, and citizen of the State of Florida, residing in Marion County, Florida

6. Plaintiff is a "consumer" as defined in Florida Statute 559.55(2).

7. Plaintiff is an "alleged debtor."

8. Defendant is a corporation and a citizen of the State of Florida with its principal place of business at 10550 Deerwood Park Boulevard, Suite 309, Jacksonville, FL 32256.

9. Defendant is a "creditor" as defined by Florida Statute 559.55(3).

10. The TCPA was enacted in 1991 to regulate telemarketing activity in response to "[v]oluminous consumer complaints about abuses of telephone technology." Mims v. Arrow Fin. Serv., LLC, 132 S.Ct. 740, 744 (2012). At the time, Congress found that "many consumers [were] outraged over the proliferation of intrusive, nuisance telemarketing calls to their homes." Id. (quoting TCPA, Pub.L. No. 102-243, 105 Stat 2394 (internal quotation marks omitted)).

11. Defendant sought to collect a debt from Plaintiff that arose from a transaction incurred for personal, family or household purposes and therefore is a "consumer debt."

12. The debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute §559.55(1).

13. On or about January 2013, Plaintiff purchased a cellular telephone for her daughter, Heather Waite, in order to keep in contact with her daughter as well as for her daughter's use in case of an emergency.

14. Defendant intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day, and on back-to-back days, with such frequency as can reasonably be expected to harass. (See Composite Exhibit A)

15. Each call the Defendant made to the Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce

telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

16. Each call the Defendant made to the Plaintiff's cell phone was done so without the "express permission" of the Plaintiff.

17. On or about January 22, 2013, Plaintiff's daughter, Heather Waite, received an automated telephone call to her cellular telephone, number (352) 470-1061, from the Defendant in which they requested to speak to a "Marcy Rodriguez". Plaintiff immediately informed the Defendant she was not "Marcy Rodriguez," by pressing 1 as instructed by the automated voice; she did not know a "Marcy Rodriguez" and to please not contact her again.

18. The Defendant has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice, just as they did to the Plaintiff's cellular telephone in this case, with no way for the consumer, or the Defendant, to remove the incorrect number.

19. The Defendant made numerous other automated phone calls to Plaintiff in January 2013, after Plaintiff had informed the Defendant she was not "Marcy Rodriguez".

20. Defendant implied that they believed the Plaintiff was lying, by continuing to incessantly call Plaintiff after Plaintiff's pleas to be placed on the "Do Not Call" List.

21. Plaintiff received approximately one hundred sixty-six (166) calls from Defendant between January 22, 2013, through July 31, 2013.

| Date | Time | Number | Description |
|---|---|---|---|
| 01/22/2013 | 12:42 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

3

| Date | Time | Number | Description |
|---|---|---|---|
| 01/22/2013 | 8:13 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/23/2013 | 7:36 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/24/2013 | 12:06 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/24/2013 | 4:20 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/25/2013 | 8:38 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/25/2013 | 3:45 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/28/2013 | 5:22 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/28/2013 | 8:25 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/29/2013 | 1:06 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/29/2013 | 8:37 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/30/2013 | 6:43 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/31/2013 | 8:41 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 01/31/2013 | 4:08 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/01/2013 | 2:39 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/02/2013 | 9:53 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/04/2013 | 12:29 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/04/2013 | 4:24 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/04/2013 | 7:29 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/05/2013 | 5:49 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/05/2013 | 8:35 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/06/2013 | 10:51 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/06/2013 | 4:24 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

| Date | Time | Number | Description |
| --- | --- | --- | --- |
| 02/06/0213 | 8:20 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/07/2013 | 11:55 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/07/2013 | 8:30 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/08/2013 | 11:27 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/08/2013 | 5:50 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/09/2013 | 10:24 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/11/2013 | 2:08 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/11/2013 | 7:49 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/14/2013 | 9:11 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/14/2013 | 5:21 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/15/2013 | 8:46 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/15/2013 | 2:00 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/15/2013 | 4:22 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/16/2013 | 10:04 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/16/2013 | 2:39 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/18/2013 | 10:09 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/18/2013 | 4:55 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/18/2013 | 7:42 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/19/2013 | 8:43 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/19/2013 | 2:09 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/19/2013 | 7:30 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/20/2013 | 12:49 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

| Date | Time | Number | Description |
|---|---|---|---|
| 02/21/2013 | 4:24 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/22/2013 | 3:29 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/23/2013 | 9:47 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/23/2013 | 12:31 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/25/2013 | 10:53 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/25/2013 | 5:40 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/25/2013 | 8:44 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/26/2013 | 8:30 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/26/2013 | 2:53 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/26/2013 | 6:12 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/27/2013 | 1:37 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/27/2013 | 2:42 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 02/28/2013 | 3:21 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/01/2013 | 8:42 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/01/2013 | 4:24 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/02/2013 | 10:11 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/04/2013 | 10:46 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/04/2013 | 6:57 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/05/2013 | 10:33 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/05/2013 | 6:08 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/05/2013 | 6:29 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/06/2013 | 6:27 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

| Date | Time | Number | Description |
|---|---|---|---|
| 03/07/2013 | 7:53 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/08/2013 | 5:37 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/09/2013 | 9:50 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/11/0213 | 8:33 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/12/2013 | 7:45 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/13/2013 | 10:21 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/13/2013 | 5:57 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/13/2013 | 7:53 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/14/2013 | 6:28 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/15/2013 | 10:52 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/16/2013 | 10:15 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/19/2013 | 1:10 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/19/2013 | 8:33 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/20/2013 | 3:49 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/20/2013 | 7:51 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/22/2013 | 2:27 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/22/2013 | 5:56 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/23/2013 | 10:02 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/23/2013 | 3:14 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/25/2013 | 5:07 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/26/2013 | 9:27 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/26/2013 | 4:55 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

| Date | Time | Number | Description |
|---|---|---|---|
| 03/27/2013 | 1:03 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/27/2013 | 8:43 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/28/2013 | 2:07 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/29/2013 | 3:39 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 03/30/2013 | 9:55 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/01/2013 | 10:28 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/02/2013 | 08:14 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/03/2013 | 5:02 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/04/2013 | 1:37 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/05/2013 | 9:16 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/06/2013 | 10:10 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/08/2013 | 5:23 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/11/2013 | 5:21 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/12/2013 | 1:31 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/15/2013 | 4:54 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/16/2013 | 5:34 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/17/2013 | 12:04 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/17/0213 | 1:57 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/17/2013 | 4:17 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/18/2013 | 11:27 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/19/2013 | 8:44 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/19/2013 | 2:49 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

| Date | Time | Number | Description |
|---|---|---|---|
| 04/20/2013 | 12:30 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/23/2013 | 1:13 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 04/24/2013 | 8:10 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/02/2013 | 5:18 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/03/2013 | 1:43 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/06/2013 | 10:15 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/08/2013 | 3:48 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/16/2013 | 3:55 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/17/2013 | 3:14 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/20/2013 | 4:02 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/21/2013 | 2:33 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/21/2013 | 6:06 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/22/2013 | 5:31 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/23/2013 | 5:36 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/30/2013 | 11:29 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 05/30/2013 | 4:50 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/04/2013 | 8:17 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/04/2013 | 5:36 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/07/2013 | 10:28 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/07/2013 | 12:30 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/07/2013 | 3:05 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/10/2013 | 12:47 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

| Date | Time | Number | Description |
|---|---|---|---|
| 06/10/2013 | 8:12 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/12/2013 | 9:27 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/12/2013 | 6:40 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/13/2013 | 4:51 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/17/2013 | 1:58 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/20/2013 | 9:00 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/20/2013 | 6:42 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/21/2013 | 2:28 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/21/0213 | 4:01 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 06/24/2013 | 12:45 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/05/2013 | 10:22 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/05/2013 | 3:29 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/09/2013 | 12:26 pm. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/09/2013 | 3:05 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/17/2013 | 9:08 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/17/2013 | 5:20 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/20/2013 | 10:16 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/20/0213 | 1:29 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/22/2013 | 2:46 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/22/2013 | 4:56 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/23/2013 | 8:41 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/23/2013 | 4:56 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

| Date | Time | Number | Description |
|---|---|---|---|
| 07/24/2013 | 8:45 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/24/2013 | 1:55 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/25/2013 | 1:43 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/25/2013 | 4:55 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/25/2013 | 7:03 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/26/2013 | 9:20 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/26/2013 | 3:27 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/29/2013 | 6:29 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/30/2013 | 10:21 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/31/2013 | 10:31 a.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |
| 07/31/2013 | 4:22 p.m. | 407-982-4545 | Recording – If you are Marcy Rodriguez Press 1 |

22. Defendant has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as they did to the Plaintiff's cellular telephone in this case.

23. Defendant's corporate policy is structured as to continue to call individuals like the Plaintiff, despite these individuals explaining to the Defendants that they are the wrong party.

24. Defendant's corporate policy provided no means for the Plaintiff to have her number removed from the call list.

25. Defendant has a corporate policy to harass and abuse individuals despite actual knowledge that the called parties do not owe the alleged debt.

26. Defendant has many similar complaints from non-debtors across the country, as those alleged in this lawsuit, by Plaintiff.

27. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

28. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

29. Defendant willfully and/or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA)

30. Plaintiff incorporates Paragraphs one (1) through twenty-nine (29).

31. Defendant repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the FCCPA)

32. Plaintiff incorporates Paragraphs one (1) through twenty-nine (29).

33. At all times relevant to this action Defendant is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

34. Defendant has violated Florida Statute §559.72(7) by willfully communicating with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family.

35. Defendant has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

36. Defendant has violated Florida Statute §559.72(9) by claiming, attempting or threatening to enforce a debt when such person knows that the debt is not legitimate.

37. Defendant's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

*s/ William Peerce Howard*
William Peerce Howard, Esq.
Florida Bar No.: 0103330
Amanda J. Allen, Esq.
Florida Bar No.:
Attorney for Plaintiff
Morgan & Morgan, P.A.
One Tampa City Center, 201 N. Franklin St., 7th Flr
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
WHoward@ForThePeople.com
AAllen@ForThePeople.com